DAVID B. EZRA, ESQ. (SBN 149779)
dezra@bergerkahn.com
ERIN R. MINDORO, ESQ. (SBN 275780)
emindoro@bergerkahn.com
HEATHER C. WHITMORE, ESQ. (SBN 198300)
hwhitmore@bergerkahn.com
BERGER KAHN, A Law Corporation
2 Park Plaza, Suite 650
Irvine, California  92614-8516
Tel:  (949) 474-1880  •  Fax:  (949) 474-7265

Attorneys for Plaintiff
PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Washington DC corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>YARBROUGH PLASTERING, INC., a California corporation; RICKY LEE YARBROUGH, an individual; and DOES 1 through 50, inclusive,<br><br>           Defendants.<br>_____<br>YARBROUGH PLASTERING, INC. a California corporation; RICKY LEE YARBROUGH, an individual,<br><br>           Counter-Claimants,<br><br>v.<br><br>PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG, a Washington DC corporation; DIBUDUO & DEFENDIS INSURANCE BROKERS, LLC, a California limited liability company; and ROES 1 through 50, inclusive,<br><br>           Counter-Defendants. | CASE NO. 1:15-cv-01811 JLT<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE CROSS-SUMMARY JUDGMENT MOTIONS' HEARING DATE AND CHANGE PLACE**<br><br>[Filed concurrently with Stipulation to Continue Cross-Summary Judgment Motions' Hearing Date and Change Place]<br><br>(Doc. 39) |

BERGER KAHN
*A Law Corporation*
2 Park Plaza, Suite 650
Irvine, CA 92614-851

---

[~~Proposed~~] Order to Continue Cross-Summary Judgment Motions' Hearing Date and Place

Case 1:15-cv-01811-JLT Document 34 Filed 08/08/16 Page 2 of 2

1

## ORDER

2    Upon consideration of the parties' Stipulation to Continue Cross-Summary

3 Judgment Motions' Hearing Date and Change Place, and good cause showing, the

4 Court enters the following Order:

5    The hearing date on ProBuilders and Yarbrough's Summary Judgment

6 Motions shall be continued from August 11, 2016 to September 20, 2016. The

7 new location shall be the Bakersfield Federal Courthouse, located at 510 19th

8 Street, Suite 200, Bakersfield, CA 93301. The new time shall be ___9:30 a.m.___.

9

10 DATED: ___8/9/16___

UNITED STATES MAGISTRATE
JUDGE JENNIFER THURSTON

11

12

13 B/NBIS/YARBROUGH/1467-0015/PLDGS/2016.08.08 PROPOSED ORDER TO CONTINUE HEARING

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BERGER KAHN
*A Law Corporation*
2 Park Plaza, Suite 650
Irvine, CA 92614-851

[Proposed] Order to Continue Cross-Summary Judgment Motions' Hearing Date and Place