# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YARBROUGH PLASTERING, INC., et al.,<br><br>　　　　Defendants.<br>_____<br>AND RELATED CLAIMS | Case No.: 1:15-CV-01811- JLT<br><br>ORDER TO THE PARTIES AND THEIR COUNSEL TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED |

On October 28, 2016, the Court stayed the cross-complaint pending the outcome of the appeal (Doc. 51). The Court has learned that the judgment was affirmed on appeal. (Doc. 63) The Court ordered the parties to file a joint status report, [n]o later than 14 days after the decision issued by the Ninth Circuit Court of Appeals." (Doc. 51 at 2) This has not occurred. Notably, in staying the action to allow the appeal, the Court noted that "the cross-complaint becomes operative only if the Court's judgment is overturned by the Court of Appeals." (Doc. 51 at 2). Thus, the Court **ORDERS**:

　　　　1.　　The stay is **LIFTED**;

///

///

1

2. Within 14 days, the parties **SHALL** should cause in writing why the action should not be dismissed in its entirety.

IT IS SO ORDERED.

    Dated: **August 2, 2018**                     **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE