# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, RRG,<br><br>Plaintiff,<br><br>v.<br><br>YARBROUGH PLASTERING, INC., et al.,<br><br>Defendants.<br>_____<br><br>AND RELATED CLAIMS | Case No.: 1:15-CV-01811- JLT<br><br>ORDER DISMISSING THE ACTION |

On October 28, 2016, the Court stayed the cross-complaint pending the outcome of the appeal (Doc. 51), which has now completed. The parties failed to file a joint status report as ordered (Doc. 51 at 2). Thus, the Court ordered the parties to show cause why the action should not be dismissed. (Doc. 64) Only counter defendant DiBuduo & DeFendis Insurance Brokers LLC responded and reported that it had not heard from any of the other parties. (Doc. 65) Therefore, the Court **ORDERS**:

1. The action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: **August 13, 2018**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE